No. 05–7316. BUFFER v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–7319. CURIALE v. POTTER, POSTMASTER GENERAL, ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–7326. KNIGHT v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–7328. ADAMS v. KARLAN, JUDGE, CIRCUIT COURT OF FLORIDA, DADE COUNTY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–7329. NORFLEET v. DRINGOLI. C. A. 7th Cir. Certiorari denied.

No. 05–7331. OWSLEY v. GILL. C. A. 8th Cir. Certiorari denied.

No. 05–7332. MCCLINTON v. MAPLES, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–7333. KEELING v. WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–7334. RICHARDSON v. MORENO VALLEY POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7335. ROSALES v. BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT. C. A. 5th Cir. Certiorari denied.

No. 05–7338. THOMAS v. ROBINSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 05–7339. THOMPSON-BEY v. LUOMA, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–7341. WASHINGTON v. SUPERIOR COURT OF CALIFORNIA, KINGS COUNTY, CLERK'S OFFICE. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 05–7344. WILLIAMS v. BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.